**FILED**
July 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

## AFFIDAVIT OF SERVICE

| Case: | Court: | | |
|---|---|---|---|
| EP-22_CV-0254 | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS | County: Bexar, TX | Job: 7415902 |
| **Plaintiff / Petitioner:** ERIK SALAIZ | | **Defendant / Respondent:** UNITED DEBT SETTLEMENT, LLC, A NEW YORK LIMITED LIABLITY COMPANY | |
| **Received by:** Maurice keys | | **For:** Pro Se | |
| **To be served upon:** C/O REGISTERED AGENT DUANE MORRIS LLP | | | |

I, Maurice Keys, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** C/O REGISTERED AGENT DUANE MORRIS LLP, Corporate: 1330 POST OAK BOULEVARD SUITE 800, HOUSTON, TEXAS 77056
**Manner of Service:** Registered Agent, Jul 26, 2022, 11:00 am CDT
**Documents:** SUMMONS IN A CIVIL ACTION (Received Jul 25, 2022 at 2:08pm CDT)

**Additional Comments:**
1) Successful Attempt: Jul 26, 2022, 11:00 am CDT at Corporate: 1330 POST OAK BOULEVARD SUITE 800, HOUSTON, TEXAS 77056 received by C/O REGISTERED AGENT DUANE MORRIS LLP.

_____  7/26/2022
Maurice Keys                Date

Maurice keys

832 293 8228

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/26/22          Nov 3 2025
Date             Commission Expires

VERNELL J KEYS
Notary ID #131260589
My Commission Expires
November 3, 2025