UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-22-CV-00254-FM |
| § | |
| UNITED DEBT SETTLEMENT, LLC, a § | |
| *New York Limited Liability Company*, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Stipulation of Dismissal" [ECF No. 14], filed April 3, 2023, by the parties. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the notice states otherwise.[1] The parties' joint stipulation of dismissal is with prejudice.[2] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this ___ day of **April 2023**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 41(a)(1).

[2] "Stipulation of Dismissal" 1, ECF No. 14, filed Apr. 3, 2023.

1